## William E. Saddler, Appellant, v. National Bank of Bloomington, Appellee.

**Gen. No. 9,513.**

opinion filed October 25, 1946; rehearing denied December 28, 1946; released for publication December 30, 1946. Branson Wright and Chester Thomson, for appellant; Cassidy, Sloan & Crutcher, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.